UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DESMOND WITHERSPOON, | : | |
| | : | Civil Action No. 15-712 (SRC) |
| Plaintiff, | : | |
| v. | : | |
| | : | OPINION |
| HERMES, | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

  This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff demands a "Posterboy Agreement / Marketing Agreement" for a cause of action "Reorganization Act under 1939." No further information is provided. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction and has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                  s/Stanley R. Chesler
                  STANLEY R. CHESLER
                  United States District Judge

Dated: February 13, 2015